F I L E D
Clerk
District Court

MAR 2 0 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*************************************************************************

CR- 01-00024-001                                          March 20, 2006
                                                          9:05 a.m.


**U.S.A. -v- Eric Hofschneider**

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           CRAIG MOORE, ASSISTANT U.S. ATTORNEY
           ERIC HOFSCHNEIDER, DEFENDANT
           DANILO AGUILAR, ATTORNEY FOR DEFENDANT

PROCEEDINGS: VIOLATION HEARING

   Defendant **ERIC HOFSCHNEIDER** appeared with counsel, Attorney Danilo Agiular. Government was represented by Craig Moore, AUSA. Also present was Margarita Wonenberg, U.S. Probation Officer.

   Court enquired as to whether the Defendant denied all allegations. Defense replied that he did ADMIT the violation allegations. Government stated that they adopted the proposed petition of the U.S. Probation Office and moved to proceed. Defense responded and suggested that the defendant be given another chance.

   In accordance with the Sentencing Reform Act of 1984, it is the judgment of the Court that Eric Hofschneider supervised release be revoked pursuant to 18 U.S.C. § 3583(e)(3) and § 7B1.3(a)(2)(A). The defendant is hereby sentenced to a term of ten months imprisonment. While in prison, it is recommended that he participate in a program to address alcohol related issues. Upon release, Mr. Hofschneider is to serve a term of supervised release of 22 months with the following conditions:

   1. That the defendant shall not commit another federal, state, or local crime;

   2. That the defendant shall not possess a firearm or other dangerous weapon;

      3. That the defendant shall comply with the standard conditions of supervised release as set forth by the U.S. Probation Office;

      4. That the defendant shall not possess, use, distribute, or administer any controlled substances; and that he shall submit to one urinalysis test within 15 days of release, and to two additional urinalysis thereafter, not to exceed eight drug tests;

      5. That the defendant shall participate in a substance abuse treatment program approved by the U.S. Probation Office for the treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse. The defendant shall also make a co-payment for treatment at a rate to be determined by the U.S. Probation Office;

      6. That the defendant shall refrain from the use of any and all alcoholic beverages;

      7. That the defendant shall obtain and maintain gainful employment; and

      8. The defendant shall perform the balance of community service hours under the direction of the United States Probation Office.

      Attorney Aguilar moved the Court to allow the defendant twenty-four hours to get his personal matters in order. Court ordered that the defendant turn himself in at the U.S. Marshal's Office at 9:00 a.m. tomorrow morning (March 21, 2006).

Adj. 9:30 a.m.

K. Lynn Lemieux, Courtroom Deputy